In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-08-00059-CR


______________________________




DAVID CHARLES FITTS, Appellant



V.



THE STATE OF TEXAS, Appellee




 


On Appeal from the 114th Judicial District Court


 Smith County, Texas


Trial Court No. 114-2295-07




 




Before Morriss, C.J., Carter and Moseley, JJ.


Memorandum Opinion by Chief Justice Morriss



MEMORANDUM OPINION



 David Charles Fitts appeals from his conviction for the offense of aggravated assault with
a deadly weapon. (1) He was sentenced to twenty years' imprisonment and a fine of $10,000.00.

 Fitts' notice of appeal was filed March 19, 2008, and the clerk's record was filed March 31,
2008. The reporter's record was due June 19, 2008, and has not been filed. Fitts is not indigent. 
Therefore, he is responsible for paying for, or making arrangements to pay for, preparation of the
appellate record. See Tex. R. App. P. 35.3(a), (b). 

 On July 18, 2008, we mailed a letter to Fitts' retained counsel, stating that, if we did not
receive information showing that Fitts was making a substantial and tangible effort to prosecute the
appeal by showing either a reasonable attempt to obtain a reporter's record or by filing a brief based
solely on the clerk's record within ten days of the letter, we would dismiss the appeal for want of
prosecution. Fitts has not contacted this Court. We have also contacted the court reporter and have
been informed that Fitts has not contacted her.

 Accordingly, we dismiss this appeal for want of prosecution. See Tex. R. App. P. 42.4;
Rodriguez v. State, 970 S.W.2d 133 (Tex. App.--Amarillo 1998, pet. ref'd).



 Josh R. Morriss, III

 Chief Justice


Date Submitted: August 14, 2008

Date Decided: August 15, 2008


Do Not Publish
1. This case has been transferred to this Court as part of the Texas Supreme Court's docket
equalization program.



itted: October 22, 2002

Date Decided: October 23, 2002


Do Not Publish